**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL ACTION NO. 5:23-CR-00023-KDB-DCK**

| | |
|---|---|
| **UNITED STATES,** | |
| **v.** | **ORDER** |
| **VONDIE BRUNTY,** | |
| **Defendant.** | |

**THIS MATTER IS BEFORE THE COURT** on Defendant's Unopposed Motion to Permit the Clerk of Court to Accept Restitution Prior to Sentencing (Doc. No. 28). For the reasons stated in the motion, and without opposition from the United States, the Court will **GRANT** the motion.

**IT IS THEREFORE ORDERED** that the Clerk of Court is to accept payment from Defendant into its Deposit Fund pending final judgment and an order of restitution in this matter. Upon entry of the judgment, the Clerk will distribute the funds in accordance with the terms of the judgment without further order of this Court. **IT IS FURTHER ORDERED** that the United States shall serve a copy of this Order upon the Clerk or the Financial Deputy Clerk.

**SO ORDERED.**

Signed:    January 29, 2024

Kenneth D. Bell
United States District Judge

1